PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER DAWN SNEAD, | ) | |
| | ) | CASE NO. 1:19CV2754 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ANDREW M. SAUL, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

      An Administrative Law Judge ("ALJ") denied Plaintiff Jennifer Dawn Snead's application for supplemental security income ("SSI") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a report and recommendation pursuant to [28 U.S.C. § 636](#) and [Local Rule 72.2(b)(1)](#). On August 10, 2020, the magistrate judge submitted a Report and Recommendation ([ECF No. 15](#)) recommending that the Court vacate the Commissioner's decision and remand the case to the Commissioner.

      [Fed. R. Civ. P. 72(b)(2)](#) provides that objections to a report and recommendation must be filed within 14 days after service. On August 21, 2020, the Commissioner filed a Response to Magistrate Judge's Report and Recommended Decision ([ECF No. 16](#)), stating that the

(1:19CV2754)

Commissioner will not be filing objections. Furthermore, Plaintiff has not filed any objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The Court vacates the decision of the Commissioner of Social Security and remands this case to the Commissioner for rehearing and a new decision.

IT IS SO ORDERED.

  August 28, 2020           /s/ Benita Y. Pearson
Date                        Benita Y. Pearson
                            United States District Judge